DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

HERMAN A. WALLACE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1524

————————————————

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Herman A. Wallace, pro se.

PER CURIAM.

Affirmed. *See Johnson v. State*, 60 So. 3d 1045 (Fla. 2011); *Mungin v. State*, 689 So. 2d 1026 (Fla. 1995); *Wallace v. State*, 304 So. 3d 330 (Fla. 2d DCA 2020) (table decision); *Wallace v. State*, 206 So. 3d 50 (Fla. 2d DCA 2015) (table decision); *McDonald v. State*, 133 So. 3d 530 (Fla. 2d DCA 2013); *Wallace v. State*, 36 So. 3d 673

(Fla. 2d DCA 2010) (table decision); *Hughes v. State*, 22 So. 3d 132 (Fla. 2d DCA 2009); *Coughlin v. State*, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); *Shortridge v. State*, 884 So. 2d 321 (Fla. 2d DCA 2004); *Brown v. State*, 827 So. 2d 1054 (Fla. 2d DCA 2002).

BLACK, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.